FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 25, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VICKI LEBRET,<br><br>                Plaintiff,<br><br>vs.<br><br>WELLPINIT SCHOOL DISTRICT, JOHN ADKINS, and ANGIE MATT,<br><br>                Defendants. | NO.   2:17-CV-00059-JLQ<br><br>ORDER DIRECTING ENTRY OF JUDGMENT AND CLOSING FILE |

BEFORE THE COURT is the parties' "Stipulation for Order of Dismissal With Prejudice and Without Costs" (ECF No. 49). The parties previously informed the court the matter had resolved. (See ECF No. 47). The parties agree to dismissal of all Plaintiff's claims with prejudice and without an award of costs to either party.

**IT IS HEREBY ORDERED:**

1. Defendants' pending Motion for Summary Judgment (ECF No. 39) is DENIED AS MOOT.

2. Pursuant to the Stipulation, the Clerk shall enter judgment of dismissal of the Amended Complaint (ECF No. 35) and all the claims therein **with prejudice** and without an award of costs to either party.

**IT IS SO ORDERED**. The Clerk is hereby directed to file this Order, enter Judgment, furnish copies to counsel, and close this file.

**DATED** this 25th day of May, 2018.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER